# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 1, 2020

## NO. 03-20-00046-CV

**D. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the order signed by the trial court on January 6, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.